# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JOSEPH F. STEEPLETON JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00067-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2020 Memorandum of Decision and Order.

September 22, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court